THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN M. SHIAVI, Appellant. [683 NYS2d 460] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Noonan, J.—Attempted Criminal Possession Forged Instrument, 2nd Degree.) Present—Pine, J. P., Wisner, Pigott, Jr., Balio and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN SMITH, Appellant. [682 NYS2d 654] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SWIFT, Appellant. [682 NYS2d 653] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Burglary, 3rd Degree.) Present—Denman, P. J., Green, Pine, Wisner and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. VISSER, JR., Appellant. [683 NYS2d 466] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Oswego County Court, Brandt, J.—Rape, 1st Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.